IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| M.D.P., a child, who sues by and through her father and mother and next friends, GAVIN J. PUGH and ABBY NICOLE PUGH; | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:11-CV-461-WHA ) (WO) |
| HOUSTON COUNTY HEALTH CARE AUTHORITY d/b/a/ SOUTHEAST ALABAMA MEDICAL CENTER; DOTHAN OBGYN, INC.; GUY MALCOLM MIDDLETON, M.D.; and DAWN MICHELLE RALLS, R.N., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**RULE 26(f) ORDER**

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. Accordingly, it is ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **November 22, 2011.**

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance. In their Rule 26(f) report, however, the parties should assume that the 90-day requirement will apply.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of

a scheduled trial term.  The dates of commencement of this judge's next two available civil trial terms are as follows:  **August 20, 2012 and January 28, 2013**.  This case will be set for one of these terms, and suggested deadlines should be made accordingly.  **If the parties agree that they would like to fast-track this case, counsel may select a term of court from one of THIS JUDGE'S earlier terms by visiting the Middle District of Alabama website at http://www.almd.uscourts.gov/, and suggest deadlines accordingly.**

The court may or may not hold a scheduling conference before issuing a scheduling order.  If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court.  The Uniform Scheduling Order is available on the court's website, www.almd.uscourts.gov in the Civil Case Information section.

The report of the parties should comply with Form 52 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 3rd day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE